UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATHANIEL PORTER,

      Plaintiff,

Case No. 1:05-CV-562

v.

Hon. Richard Alan Enslen

PATRICIA CARUSO, *et al.*,

**ORDER**

      Defendants.
_____/

Plaintiff N. Kalonji Owusu I, also known as Nathaniel Porter, has filed his Objections to United States Magistrate Judge Ellen S. Carmody's Order of September 20, 2006, which stayed discovery in this matter. This Court reviews the Order pursuant to 28 U.S.C. § 636(b)(1)(A) to determine whether it is "clearly erroneous or contrary to law."

Upon such review, the Court determines that Defendants' request to stay discovery was properly granted. A pending summary judgment motion by Defendants has asserted the defense of qualified immunity. Given such, binding precedent entitled Defendants to the stay of discovery until qualified immunity is determined. *See Siegert v. Gilley*, 500 U.S. 226, 231 (19991); *Christophel v. Kukulinsky*, 61 F.3d 479, 484 (6th Cir. 1995). Plaintiff's allegation that qualified immunity was asserted in bad faith is not supported by the record. The determination of the Magistrate Judge was not clearly erroneous or contrary to law.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff's Objection (Dkt. No. 98) is **DENIED** and the Order of September 20, 2006 is **AFFIRMED**.

          /s/ Richard Alan Enslen
DATED in Kalamazoo, MI:      RICHARD ALAN ENSLEN
   November 13, 2006       SENIOR UNITED STATES DISTRICT JUDGE