UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

NATHANIEL PORTER,
a/k/a N. KALONJI OWUSU I,

       Case No. 1:05-CV-562

    Plaintiff,

v.       Hon. Richard Alan Enslen

PATRICIA L. CARUSO, *et al.*,

       **PARTIAL JUDGMENT**

    Defendants.
_____/

In accordance with the Opinion of this date;

**IT IS HEREBY ORDERED** that Defendant Dave J. Burnett and Plaintiff Nathaniel Porter a/k/a N. Kalonji Owusu I's Objections (Dkt. Nos. 119 & 121) are **DENIED**, the Report and Recommendation (Dkt. No. 118) is **ADOPTED**, and Defendants Patricia J. Caruso *et al.*'s Motion for Summary Judgment is **GRANTED IN PART AND DENIED IN PART**.

**IT IS FURTHER ORDERED** that all of Plaintiff's currently pending claims are **DISMISSED WITH PREJUDICE** except for Plaintiff's claims under the First Amendment, RLUIPA and 42 U.S.C. § 1983 against Defendant Dave J. Burnett for denial of Plaintiff's request to purchase an ankh cross.

DATED in Kalamazoo, MI:      /s/ Richard Alan Enslen
    March 26, 2007      RICHARD ALAN ENSLEN
                      SENIOR UNITED STATES DISTRICT JUDGE