UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

NATHANIEL PORTER,

        Plaintiff,                                  Case No. 1:05-cv-562

v.                                                       Hon. Richard Alan Enslen

PATRICIA CARUSO, et al.,

        Defendants.

_____/

**ORDER APPROVING REPORT AND RECOMMENDATION**

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed May 21, 2007, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction (Dkt. No. 126) is **DENIED** for the reasons stated in the Report and Recommendation.


Dated in Kalamazoo, MI:                            /s/Richard Alan Enslen
June 25, 2007                                    Richard Alan Enslen
                                                   Senior United States District Judge